An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LUIS MANUEL CAHUN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63056

**FILED**

OCT 2 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Brent T. Adams, Judge. The parties have filed a stipulation to dismiss this appeal. The stipulation is signed by appellant and counsel for both parties. Attached to the stipulation is an affidavit of a court-certified interpreter indicating that he translated the conversation between appellant and counsel regarding the stipulation, that counsel answered all of appellant's questions, and that appellant signed the stipulation freely and voluntarily and with knowledge of the legal consequences of the stipulation. Cause appearing,

SUPREME COURT
OF
NEVADA

(O) 1947A

13-31525

the stipulation is approved, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:   Hon. Brent T. Adams, District Judge
      Richard F. Cornell
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk

---

[1]Because no remittitur will issue in this matter, see NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.